UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:20-cv-00020

———

**Mary Hutcherson,**
*Plaintiff,*
v.
**Commissioner, SSA,**
*Defendant.*

———

## ORDER

On January 16, 2020, plaintiff Mary Hutcherson filed this case pursuant to Section 205(g) of the Social Security Act, seeking judicial review of the Commissioner's denial of her application for Social Security benefits. Doc. 1. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. Doc. 4.

On December 4, 2020, the magistrate judge issued a report and recommendation that the Commissioner's decision be affirmed and that the case be dismissed with prejudice. Doc. 16. Plaintiff's counsel was served with the report that same day via the court's CM/ECF electronic filing system. *See id.* The report informed plaintiff of her right to file written objections within 14 days and warned that a failure to do so would bar *de novo* review by the district judge. *Id.* More than 14 days have passed since plaintiff received the report, and no objections have been filed.

When no party objects to the magistrate judge's report, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (*en banc*). Having reviewed the magistrate judge's report, the court accepts its findings and recommendation. Fed. R. Civ. P. 72(b)(3).

Plaintiff's complaint (Doc. 1) is **dismissed** with prejudice.

*So ordered by the court on January 11, 2021.*

J. CAMPBELL BARKER
United States District Judge